# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of August, two thousand twenty-three.

_____

Steven Goldstein, Individually and on behalf of Congregation Bnei Matisyahu, Meir Ornstein,

        Plaintiffs - Appellants,

v.

Kathy Hochul, in her official capacity as Governor of the State of New York, et al.

        Defendants - Appellees.
_____

**ORDER**

Docket No. 23-995

    Counsel for Appellants has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting November 1, 2023 as the brief/appendix filing date. The date selected exceeds the time allowed by the Rule.

    IT IS HEREBY ORDERED that Appellants' brief must be filed on or before October 18, 2023. The appeal is dismissed effective October 18, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                                  For the Court:
                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

