# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| STEVEN GOLDSTEIN, Individually and on behalf of Congregation Bnei Matisyahu, and MEIR ORNSTEIN,<br><br>*Plaintiffs–Appellants*,<br><br>v.<br><br>KATHY HOCHUL, in her official capacity as Governor of the State of New York, LETITIA JAMES, in her official capacity as Attorney General of the State of New York, KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department, LOUIS FALCO, III in his official capacity as Rockland County Sheriff, ERIC GONZALEZ, ESQ., in his official capacity as the District Attorney of Kings County, THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County,<br><br>*Defendants–Appellees*. | No. 23-995 |

## STATUS REPORT

On March 27, 2024, the Court entered an order holding the appeal in abeyance pending settlement discussions of the parties. The Court further ordered that Appellant file a status report 30 days after the entry of the March 27, 2024, order and every 30 days thereafter.

Appellants represent to the Court that settlement discussions have not yet been concluded and that additional time is necessary for those discussions.

Appellants will file its next status report with the Court by May 26, 2024.

Respectfully submitted this 26th day of April 2024.

| | |
|---|---|
| Aurora Cassirer<br>FisherBroyles LLP<br>9th Floor<br>445 Park Avenue<br>New York, NY 10022<br>917-817-6617<br>Aurora.Cassirer@FisherBroyles.com | /s/ Geoffrey R. Surtees<br>Geoffrey R. Surtees<br>American Center for Law and Justice<br>PO Box 60<br>New Hope, KY 40052<br>502-549-7020<br>gsurtees@aclj.org<br><br>Christina A. Compagnone<br>American Center for Law and Justice<br>201 Maryland Ave NE<br>Washington, DC 20002<br>202-641-9168<br>ccompagnone@aclj.org<br><br>Counsel for Appellants |

## CERTIFICATE OF SERVICE

I, Geoffrey R. Surtees, counsel for Appellants and a member of the Bar of this Court, certify that, on April 26, 2024, the foregoing Status Report was filed with the Clerk through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees
April 26, 2024