## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

STEVEN GOLDSTEIN, Individually    )
and on behalf of Congregation Bnei    )
Matisyahu, and MEIR ORNSTEIN,    )
    )
    *Plaintiffs–Appellants*,    )
    )
v.    )    No. 23-995
    )
KATHY HOCHUL, in her official capacity  )
as Governor of the State of New York,    )
LETITIA JAMES, in her official capacity  )
as Attorney General of the State of New    )
York, KEECHANT SEWELL, in her official)
capacity as Commissioner of the New York  )
City Police Department, LOUIS FALCO, III )
in his official capacity as Rockland County  )
Sheriff, ERIC GONZALEZ, ESQ., in his    )
official capacity as the District Attorney of  )
Kings County, THOMAS WALSH, II, in his )
official capacity as the District Attorney of  )
Rockland County,    )
    )
    *Defendants–Appellees*.    )

## STATUS REPORT

On March 27, 2024, the Court entered an order holding the appeal in abeyance pending settlement discussions of the parties. The Court further ordered that Appellant file a status report 30 days after the entry of the March 27, 2024, order and every 30 days thereafter.

Appellants represent to the Court that settlement discussions have not yet concluded and that additional time is necessary for those discussions.

Appellants will file their next status report with the Court by June 24, 2024.

Respectfully submitted this 24th day of May 2024.

| | |
|---|---|
| Aurora Cassirer | /s/ Geoffrey R. Surtees |
| FisherBroyles LLP | Geoffrey R. Surtees |
| 9th Floor | American Center for Law and Justice |
| 445 Park Avenue | PO Box 60 |
| New York, NY 10022 | New Hope, KY 40052 |
| 917-817-6617 | 502-549-7020 |
| Aurora.Cassirer@FisherBroyles.com | gsurtees@aclj.org |
| | |
| | Christina A. Compagnone |
| | American Center for Law and Justice |
| | 201 Maryland Ave NE |
| | Washington, DC 20002 |
| | 202-641-9168 |
| | ccompagnone@aclj.org |
| | |
| | Counsel for Appellants |

## CERTIFICATE OF SERVICE

I, Geoffrey R. Surtees, counsel for Appellants and a member of the Bar of this Court, certify that, on May 24, 2024, the foregoing Status Report was filed with the Clerk through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees
May 24, 2024