# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| STEVEN GOLDSTEIN, Individually and on behalf of Congregation Bnei Matisyahu, and MEIR ORNSTEIN, *Plaintiffs–Appellants*, v. KATHY HOCHUL, in her official capacity as Governor of the State of New York, LETITIA JAMES, in her official capacity as Attorney General of the State of New York, KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department, LOUIS FALCO, III in his official capacity as Rockland County Sheriff, ERIC GONZALEZ, ESQ., in his official capacity as the District Attorney of Kings County, THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County, *Defendants–Appellees*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 23-995 |

## STATUS REPORT

On March 27, 2024, the Court entered an order holding the appeal in abeyance pending settlement discussions of the parties. The Court further ordered that Appellants file a status report 30 days after the entry of the March 27, 2024, order and every 30 days thereafter.

Appellants represent to the Court that the parties have agreed in the principle to the terms of settlement but continue to work on the granular details of the

settlement agreement and the procedures involved for resolving the case. Appellants will apprise the Court of the potential and final resolution of this appeal no later than 30 days from the day of this filing.

Respectfully submitted this 26th day of October 2024.

| | |
|---|---|
| Aurora Cassirer<br>FisherBroyles LLP<br>9th Floor<br>445 Park Avenue<br>New York, NY 10022<br>917-817-6617<br>Aurora.Cassirer@FisherBroyles.com | /s/ Geoffrey R. Surtees<br>Geoffrey R. Surtees<br>American Center for Law and Justice<br>PO Box 60<br>New Hope, KY 40052<br>502-549-7020<br>gsurtees@aclj.org<br><br>Christina A. Compagnone<br>American Center for Law and Justice<br>201 Maryland Ave NE<br>Washington, DC 20002<br>202-641-9168<br>ccompagnone@aclj.org<br><br>*Counsel for Appellants* |

## CERTIFICATE OF SERVICE

I, Geoffrey R. Surtees, counsel for Appellants and a member of the Bar of this Court, certify that, on October 26, 2024, the foregoing Status Report was filed with the Clerk through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees
October 26, 2024

2