UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| STEVEN GOLDSTEIN, Individually and on behalf of Congregation Bnei Matisyahu, and MEIR ORNSTEIN, | ) ) ) ) ) | |
| *Plaintiffs–Appellants*, | ) ) | |
| v. | ) ) | No. 23-995 |
| KATHY HOCHUL, in her official capacity as Governor of the State of New York, LETITIA JAMES, in her official capacity as Attorney General of the State of New York, KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department, LOUIS FALCO, III in his official capacity as Rockland County Sheriff, ERIC GONZALEZ, ESQ., in his official capacity as the District Attorney of Kings County, THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants–Appellees*. | ) | |

**STATUS REPORT**

On March 27, 2024, the Court entered an order holding the appeal in abeyance pending settlement discussions of the parties. The Court further ordered that Appellants file a status report 30 days after the entry of the March 27, 2024, order and every 30 days thereafter.

Appellants represent to the Court that the parties have agreed in the principle to the terms of settlement and are now in the process of executing a stipulation.

Appellants will apprise the Court of the status of the settlement of this appeal no later than 30 days from the day of this filing.

Respectfully submitted this 30th day of January 2025.

| | |
|---|---|
| Aurora Cassirer<br>Pierson Ferdinand LLP<br>7th Floor<br>1270 Avenue of the Americas<br>New York, NY 10020<br>917-817-6617<br>aurora.cassirer@pierferd.com | /s/ Geoffrey R. Surtees<br>Geoffrey R. Surtees<br>American Center for Law and Justice<br>PO Box 60<br>New Hope, KY 40052<br>502-549-7020<br>gsurtees@aclj.org<br><br>Christina A. Compagnone<br>American Center for Law and Justice<br>201 Maryland Ave NE<br>Washington, DC 20002<br>202-641-9168<br>ccompagnone@aclj.org<br><br>*Counsel for Appellants* |

## CERTIFICATE OF SERVICE

I, Geoffrey R. Surtees, counsel for Appellants and a member of the Bar of this Court, certify that, on January 30, 2025, the foregoing Status Report was filed with the Clerk through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees
January 30, 2025

2