# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| STEVEN GOLDSTEIN, Individually and on behalf of Congregation Bnei Matisyahu, and MEIR ORNSTEIN,<br><br>*Plaintiffs–Appellants*,<br><br>v.<br><br>KATHY HOCHUL, in her official capacity as Governor of the State of New York, LETITIA JAMES, in her official capacity as Attorney General of the State of New York, KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department, LOUIS FALCO, III in his official capacity as Rockland County Sheriff, ERIC GONZALEZ, ESQ., in his official capacity as the District Attorney of Kings County, THOMAS WALSH, II, in his official capacity as the District Attorney of Rockland County,<br><br>*Defendants–Appellees*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 23-995 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF INTERLOCUTORY APPEAL

Pursuant to Fed. R. App. P. 42(b), all parties hereby stipulate to the voluntary dismissal of the pending interlocutory appeal in Case No. 23-995, *Steven Goldstein, et al. v. Kathy Hochul, et al*. Each side will bear their own costs as to this interlocutory appeal.

Respectfully submitted this 23rd day of July 2025.

**Counsel for Plaintiffs-Appellants Goldstein and Ornstein:**

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees
American Center for Law and Justice
PO Box 60
New Hope, KY 40052
502-549-7020
gsurtees@aclj.org

Christina A. Compagnone
American Center for Law and Justice
201 Maryland Ave NE
Washington, DC 20002
202-641-9168
ccompagnone@aclj.org

**Counsel for Defendants-Appellees Kathy Hochul and Laetitia James:**

/s/ Jonathan D. Hitsous
Jonathan D. Hitsous
Assistant Solicitor General
New York State Office of the Attorney General
The Capitol
Albany, NY 12224
518-776-2044
jonathan.hitsous@ag.ny.gov

**Counsel for Defendants-Appellees Sewell and Gonzalez:**

/s/ Elina Druker
Elina Druker
New York City Law Department
6th Floor
100 Church Street
New York, NY 10007
212-356-2609
edruker@law.nyc.gov

**Counsel for Defendants-Appellees Falco and Walsh:**

/s/ Larraine S. Feiden
Larraine S. Feiden
County of Rockland Department of Law
11 New Hempstead Road, 3rd Floor
New York, NY 10956
(845) 638-5099
Fax: (845) 638-5676
Email: FeidenL@co.rockland.ny.us

## CERTIFICATE OF SERVICE

I, Geoffrey R. Surtees, counsel for Appellants and a member of the Bar of this Court, certify that, on July 23, 2025, the foregoing Joint Stipulation of Voluntary Dismissal of Interlocutory Appeal was filed with the Clerk through the Court's electronic filing system. I further certify that all parties required to be served have been served.

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees