# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand twenty-five,

_____

Steven Goldstein, Individually and on behalf of Congregation Bnei Matisyahu, Meir Ornstein,

       Plaintiffs - Appellants,

v.

Kathy Hochul, in her official capacity as Governor of the State of New York, Letitia James, in her official capacity as Attorney General of the State of New York, Keechant Sewell, in her official capacity as Commissioner of the New York City Police Department, Louis Falco, III, in his official capacity as Rockland County Sheriff, Eric Gonzalez, Esq., in his official capacity as the District Attorney of Kings County, Thomas Walsh, II, in his official capacity as the District Attorney of Rockland County,

       Defendants - Appellees.

**ORDER**
Docket No. 23-995

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court